AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

DAVID BALDUS PHILLIPS,

    Petitioner,          JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:09-cv-00377-RCJ-VPC**

JACK PALMER, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for petitioner's failure to exhaust his available state-court remedies.

  February 25, 2011                              **LANCE S. WILSON**
                                                                               Clerk

                                                                        /s/ Katie Lynn Ogden
                                                                              Deputy Clerk